# Order

Michigan Supreme Court
Lansing, Michigan

May 28, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146739

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

HAMIN LORENZO DIXON,
        Defendant-Appellant.

SC: 146739
COA: 312154
St. Clair CC: 04-001781-FH

_____/

On order of the Court, the application for leave to appeal the January 3, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



Clerk

d0520